FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) __Stratton Pea__ __#DP4246__
 (Name of Plaintiff)   (Inmate Number)

___[redacted]___
___[redacted]___
(Address)

(1) __Stratton Pea #DP4246__
 (Name of Plaintiff)   (Inmate Number)

__S.C.I. Forrest__
__P.O. Box 945, Marienvi-__
__lle, PA., 16239__
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

FILED
SCRANTON
FEB 1 8 2015
Per_____ DEPUTY CLERK
__15-345__
(Case Number)

vs.

CIVIL COMPLAINT

(1) __Sup't J. Fisher__
(2) __Deputy L. Oliver__
(3) __Deputy J. Whitesel__
(Names of Defendants)

(4) Capt. M. Goss
(5) Sgt. Crum     (names of defendants)
(6) Sgt. Henry

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: __✓__ 42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   PREVIOUS LAWSUITS

  A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

I filed a lawsuit approx. '02 to '03. Stewart Dalzell, Jacob P. Hart were the judicial officers. In another lawsuit, Patrese B. Tucker was the judicial officer.

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? _Filed Grievance, Appeal to Sup't, Appeal to Central Office_

2. What was the result? _denied_

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: _Jon Fisher_
Employed as _Superintendent_ at _S.C.I. Smithfield_
Mailing address: _P.O. Box 999, 1120 Pike St., Huntingdon, PA 16652_

(2) Name of second defendant: _Lonnie Oliver_
Employed as _Deputy Sup't_ at _S.C.I. Smithfield_
Mailing address: _P.O. Box 999, 1120 Pike St., Huntingdon, PA 16652_

(3) Name of third defendant: _Jay Whitesel_
Employed as _Deputy Sup't_ at _S.C.I. Smithfield_
Mailing address: _P.O. Box 999, 1120 Pike St., Huntingdon, PA 16652_

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. _I warned the defendants (Fisher, Oliver, Whitesel, Goss) for months straight, that C.O.'s (Correctional_

2

Officers were "siccing" inmates

2. on me to verbally "abuse" me and start "fist-fights" with me. The defendants "deliberately" failed to take action to protect me, resulting in me being "physically assaulted" by 2 inmates

3. "B. Wilson, J. Reyes" and a pair of Nike sneakers stolen from me. C.O.s then "deliberately" poisoned my food etc., with "Herpes" which I now have although I've had "no" sex in over "18" years.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want staff, D.O.C., C.O.s, etc. to be ordered to "cease" illegally interfering with my "legal" matters/criminal appeals process, etc. I want

2. a "restraining order" against staff/D.O.C., and if possible an "interstate transfer." I want monetary compensation in the amount of approx.

3. $1 million. And any relief the Court also deems appropriate.

The defendants Fisher, Oliver, Whitesel, and "Goss," showed "deliberate indifference" to my claims that C.O.s were "siccing" inmates on me to "abuse" me verbally and initiate "fist-fights" with me, due to their complicity in allowing the C.O.s (SGT. Crum; etc.) to try to "force" me to stop writing the public concerning my being "falsely imprisoned" for crimes. The Medical Dep't has photographs of my 4-29-14 injuries. Defendants Fisher, Oliver, and Whitesel were also aware that approx. 3 C.O.s witnessed me being assaulted by the "2" inmates. Yet said defendants found me guilty of "fist-fighting." Additional "deliberate indifference." Staff are illegally "tampering" & readjete. with my mail

If the C.F.S. within any PA-DOC facility is poisoned with "Herpes," the defendants are nonetheless responsible for either not having policy, or violating policy, regarding the proper and adequate cleaning of cells once vacated by an inmate(s). Defendants "Fisher," "Oliver," and "Whitesel" are also liable for "intentionally," and with "deliberate indifference," causing me to be unable to recover from my psychosis{ claustrophobia; etc.} that I suffer from "YEARS" ('02-'09; etc.} of "solitary confinement" {R.H.U.; S.S.N.U.; etc.}. Although in over "16" years ('98-'15){ within the D.O.C. I've only "3" DC-141's {misconduct reports} that involve "inmates," said defendants "refuse" to allow me to live within a cell with any inmate(s). "*Z-Code' status." Which is also why inmates are also sicced on me; to try to justify the *status

---

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_14th\_\_ day of \_\_Feb._____, 19 15.

_____
(Signature of Plaintiff)

4

IN THE UNITED STATES DISTRICT COURT

FOR THE _Middle_ DISTRICT OF PENNSYLVANIA

_Stratton Peay_          :
                         :
                         :
                         :
        vs.              :         No. _____
                         :
                         :
                         :
_J. Fisher, et Al._      :

## CERTIFICATE OF SERVICE

I, _Stratton Peay_, hereby certify that I am, on this date, causing a copy of the foregoing document to be served upon the persons and in the manner indicated below.

Service via First Class U.S. Mail, postage pre-paid, addressed to:




Date: _2-14-15_


Sign name: _Stratton Peay_
Print name: _Stratton Peay_
D.O.C.#  _BP 4246_

S.C.I. Forrest
P.O. Box 945
Marienville, PA.
16239

~~[redacted]~~ ~~[redacted]~~ S.C.I. Forrest
~~[redacted]~~ ~~[redacted]~~ P.O. Box 945
~~[redacted]~~ ~~[redacted]~~ ~~[redacted]~~
Marienville, Pa., 16739

(No FEE Enclosed)

RECEIVED
SCRANTON
FEB 18 2015
PER _____
DEPUTY CLERK

Clerk
U.S...
M...
U.S...
P.P. 23