IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRATTON PEAY,<br>    Plaintiff | Civil No. 3:15-cv-00345 |
| v. | (Judge Mariani) |
| SUPERINTENDENT J. FISHER, *et al.*,<br>    Defendants | |

## ORDER

**AND NOW**, this 27th day of October, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion to appoint counsel, (Doc. 37), is **DENIED WITHOUT PREJUDICE**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge