IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON PEAY, | : | |
|     Plaintiff | : | Civil No. 3:15-cv-00345 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| SUPERINTENDENT J. FISHER, *et al.*, | : | |
|     Defendants | : | |

### ORDER

AND NOW, this 2nd day of November, 2015, for the reasons set forth in the Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's "Motion[s] for Order that Defendants File Reply", and Plaintiff's request for sanctions, (Docs. 30, 31), are **DENIED**.

2. Plaintiff's Motion for Relief in accordance with Federal Rule of Civil Procedure 56(c)(1)-(4) is **DENIED**. (Doc. 40).

                                                                         */s/ Robert D. Mariani*
                                                                      Robert D. Mariani
                                                                       United States District Judge