IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STRATTON PEAY,
    Plaintiff

v.

SUPERINTENDENT J. FISHER, *et al.*,
    Defendants

Civil No. 3:15-cv-00345

(Judge Mariani)

## ORDER

**AND NOW**, this 17th day of November, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion requesting recusal of the undersigned, (Doc. 54), is **DENIED**.

/s/ Robert D. Mariani
United States District Judge