# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRATTON PEAY, | Civil No. 3:15-cv-00345 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SUPERINTENDENT J. FISHER, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this _12th_ day of July, 2016, in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT** the motion for an injunction and temporary restraining order, (Doc. 82), is **DENIED**.

_____
Robert D. Mariani
United States District Judge