# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON PEAY, | : | Civil No. 3:15-cv-00345 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT J. FISHER, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this __13th__ day of July, 2016, upon consideration of Plaintiff's motion to compel discovery (Doc. 78), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion to compel discovery (Doc. 78) is **DENIED** as follows:

    a. Plaintiff's requests that the Court Order Defendants to bear the costs of discovery and file an affidavit outlining their discovery arguments are **DENIED**.

    b. Plaintiff's request for the personnel records of Defendants is **DENIED WITHOUT PREJUDICE** to Plaintiff's right to reassert this request with more specificity.

Robert D. Mariani
United States District Judge