IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRATTON PEAY, | : | Civil No. 3:15-cv-00345 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT J. FISHER, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this ___13th___ day of July, 2016, upon consideration of Plaintiff's motions to compel discovery (Docs. 80, 84), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motions to compel discovery (Doc. 80, 84) are **DENIED** as follows:

    a. Plaintiff's request that the Court Order Defendants to bear the costs of discovery and compensate Plaintiff for the costs incurred in pursuing the discovery motions is **DENIED**.

    b. Plaintiff's request that the Court Order Defendants to respond to interrogatories is **DENIED WITHOUT PREJUDICE** to Plaintiff's right to reassert this request in the event that Defendants have not yet responded to the interrogatories.

    c. Plaintiff's request that the Court initiate criminal proceedings against Defendants is **DENIED**.

    d. Plaintiff's request for a "disposition hearing" is **DENIED WITHOUT PREJUDICE** for the reasons set forth in the Court's Orders dated July

1, 2016 and July 12, 2016, see (Docs. 124, 128).[1]

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge

---

[1] The Court previously denied similar requests and granted Plaintiff the opportunity to identify any Defendant(s) whom he wished to depose. (Doc. 124, ¶ 3; Doc. 128, ¶ 1).

2