IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRATTON PEAY, | : Civil No. 3:15-cv-345 |
| Plaintiff | : (Judge Mariani) |
| v. | : |
| SUPERINTENDENT J. FISHER, *et al.*, | : |
| Defendants | : |

## ORDER

**AND NOW**, this _16th_ day of March, 2017, upon consideration of Plaintiff's motion (Doc. 104) to compel discovery, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT** the motion to compel discovery (Doc. 104) is **DENIED**.

Robert D. Mariani
United States District Judge