IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRATTON PEAY, | Civil No. 3:15-cv-345 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SUPERINTENDENT J. FISHER, *et al.*, | |
| Defendants | |

### ORDER

**AND NOW**, this ____ day of March, 2017, upon consideration of Defendants' motion (Doc. 105) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 105) for summary judgment is **GRANTED**.

2. Judgment shall be **ENTERED** in favor of Defendants and against Plaintiff.

3. The Clerk of Court is directed to **CLOSE** this action.

4. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge